1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   MICROSOFT CORP,

8             Plaintiff(s),                        No. C 07-1839 PJH

9        v.                                        **ORDER OF RECUSAL**

10  EEE BUSINESS INC., et al.,

11            Defendant(s).
                                                 /
12

13       TO ALL PARTIES AND COUNSEL OF RECORD:

14       I, the undersigned judge of the court, finding myself disqualified in the above-entitled

15  action, hereby recuse myself from this case and request that the case be reassigned pursuant

16  to the provisions of paragraph E.2 of the Assignment Plan.

17       All pending dates of motions, pretrial conferences and trial are hereby vacated and will

18  be reset by the newly assigned judge.

19       IT IS SO ORDERED.

20  Dated:  April 5, 2007

21                                              PHYLLIS J. HAMILTON
22                                              United States District Judge

23

24

25

26

27

28