```
1   Esha Bandyopadhyay (Bar No. 212249)
    Perkins Coie LLP
2   101 Jefferson Drive
    Menlo Park, California 94025-1114
3   Phone: (650) 838-4370
    Fax: (650) 838-4350
4   Email: bande@perkinscoie.com

5   Scott T. Wilsdon (pro hac vice)
    Jeremy E. Roller (pro hac vice)
6   Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
7   Seattle, Washington 98104
    Phone: (206) 516-3800
8   Fax: (206) 516-3888
    Email: wilsdon@yarmuth.com
9          jroller@yarmuth.com

10  Attorneys for Plaintiff Microsoft
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EEE BUSINESS INC., a California corporation, d/b/a EBUSZONE.COM and EBZ EBZ; MING NI SHANG; LIFENG WANG, a/k/a ALICE WANG; NANCY LINKER; and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | No. 07-CV-01839-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF |

## **ORDER**

The Court, having considered the Stipulated Request for Administrative Relief and the Declaration of Colette D. Pringle in Support of Stipulated Motion for Administrative Relief, finds good cause and grants the parties' request.

---

[~~PROPOSED~~] ORDER ON STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF
NO. 07-CV-01839-JSW – Page 1

YARMUTH WILSDON CALFO PLLC

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1  Plaintiff Microsoft's Notice of Motion and Motion for Partial Summary Judgment
2  and Memorandum of Points and Authorities in Support Thereof may be timely filed on
3  Monday, March 10, 2008, for a hearing on the motion on Friday, April 11, 2008.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  DATED this __11th__ day of __March__, 2008.

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White

Presented by:

PERKINS COIE LLP

By: __/s/ Esha Bandyopadhyay__
   Esha Bandyopadhyay (Bar No. 212249)
   bande@perkinscoie.com
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350

YARMUTH WILSDON CALFO PLLC

By: __/s/ Sima F. Sarrafan__
   Scott T. Wilsdon (*pro hac vice*)
   wilsdon@yarmuth.com
   Jeremy E. Roller (*pro hac vice*)
   jroller@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

DAHYEE LAW GROUP

By: __/s/ Leon E. Jew__
   Leon E. Jew
   Ljewpt@yahoo.com
24301 Southland Dr., Suite 405
Hayward, CA 94545
Phone: (510) 785-9588
Fax: (510) 785-8698

Attorneys for Defendant Lifeng Wang, a/k/a Alice Wang

[~~PROPOSED~~] ORDER ON STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF
NO. 07-CV-01839-JSW – Page 2

425.24 ic101303 3/10/08

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888