**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

     Plaintiff,

    v.

EEE BUSINESS INC., d/b/a
EBUSZONE.COM and EBZ EBZ; MING NO
SHANG; LIFENG WANG, a/k/a ALICE
WANG; NANCY LINKER; and DOES 1-5,

     Defendants.

_____/

No. C 07-01839 JSW

**JUDGMENT**

    Pursuant to the Court's Order granting Microsoft's motion for partial summary judgment ("Order"), it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Microsoft on defendant Lifeng Wang's liability for counts one through four:  (1) copyright infringement pursuant to 17 U.S.C. § 501; (2)  unauthorized importation of copyrighted works pursuant to 17 U.S.C. § 602(a); (3) unauthorized distribution of product keys pursuant to 17 U.S.C. § 1201(a)(2); and (4) trafficking in counterfeit volume license key labels pursuant to 18 U.S.C. § 2318(a).  The Court granted a permanent injunction which terms are set out in the Order.

    **IT IS SO ORDERED.**

Dated:  May 5, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE