**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

      Plaintiff,

      v.

EEE BUSINESS INC., d/b/a
EBUSZONE.COM and EBZ EBZ; MING NO
SHANG; LIFENG WANG, a/k/a ALICE
WANG; NANCY LINKER; and DOES 1-5,

      Defendants.

_____/

No. C 07-01839 JSW

**ORDER REFERRING MOTION
FOR DEFAULT JUDGMENT TO
MAGISTRATE JUDGE FOR
REPORT AND
RECOMMENDATION**

On July 3, 2008, Plaintiff filed a motion for default judgment against Defendants EEE

Business Inc. and Ming Ni Shang and noticed it for hearing on August 8, 2008.  Pursuant to

Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a

randomly assigned Magistrate Judge to prepare a report and recommendation on the motion.

The hearing date set for August 8, 2008 is VACATED.

      **IT IS SO ORDERED.**

Dated:   July 7, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom