IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>EEE BUSINESS INC., d/b/a EBUSZONE.COM and EBZ EBZ; MING NO SHANG; LIFENG WANG, a/k/a ALICE WANG; NANCY LINKER; and DOES 1-5,<br><br>          Defendants.<br>_____/ | No. C 07-01839 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on September 26, 2008 on Microsoft's motion for summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 6, 2008 and a reply brief shall be filed by no later than August 13, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:  July 23, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE