LEON E. JEW (SBN: 219298)
ANDREE TAYLOR (SBN: 226117)
DAHYEE LAW GROUP
24301 Southland Dr., Suite 405
Hayward, CA 94545
Tel: (510) 785-9588
Fax: (510) 785-8698
Email: ljewpt@yahoo.com, taylorsolanolaw@gmail.com

Attorneys for Defendant,
Alice Wang

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EEE BUSINESS INC., a California corporation, dba EBUSINESS.COM and EBZ EBZ; MING NI SHANG; ALICE WANG, aka LIFENG WANG; NANCY LINKER; and JOHN DOES 1-5,<br><br>　　　　　　　Defendants. | **Case No. 07-CV-01839-JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF LEGAL COUNSEL FOR ALICE WANG** |

The current counsel of record on behalf of Defendant Alice Wang is Schein & Cai LLP. Defendant Alice Wang and Schein & Cai LLP have reached an agreement wherein Schein & Cai LLP will substitute out as counsel of record to be replaced by Dahyee Law Group.

The Dahyee Law Group's contact information is as follows:

>Leon E. Jew, Attorney at Law
>Andree Taylor, Attorney at Law
>DAHYEE LAW GROUP
>24301 Southland Dr., Suite 405
>Hayward, CA 94545
>Tel: (510) 785-9588
>Fax: (510) 785-8698
>Email:  Ljewpt@yahoo.com, taylorsolanolaw@gmail.com

Accordingly, Schein & Cai LLP and Dahyee Law Group stipulate that Schein & Cai LLP is substituted out as counsel of record to be replaced by Dahyee Law Group who represents Alice Wang as her new counsel of record.

ALICE WANG

Dated: December 6, 2007        By: _/s/_____
                                   Alice Wang, an individual.


SCHEIN & CAI LLP

Dated: December 6, 2007        By: _/s/_____
                                   James Cai, Esq. for
                                   Schein & Cai LLP


DAHYEE LAW GROUP

Dated: December 6, 2007        By: ___/s/_____
                                   Leon E. Jew, Esq.

Dated: December 6, 2007        By: ___/s/_____
                                   Andree Taylor, Esq.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: December 6, 2007                    ___/s/_____

                                           Leon E. Jew


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ~~December _____, 2007~~            _____
       July 24, 2008                        The Honorable Jeffrey S. White
                                            United States District Court Judge

ORDER FOR SUBSTITUTION OF COUNSEL                    3
Case No. **07-CV-01839-JSW**