UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>EEE Business Inc., a California corporation, et al<br><br>                Defendant.<br>_____/ | No. C 07-1839 JSW (WDB)<br><br>**ORDER FOR SUPPLEMENTAL SUBMISSIONS RE APPLICATION FOR DEFAULT JUDGMENT** |

      The Court finds that plaintiff has not proffered evidence sufficient to support its request for attorneys fees as to the defaulting defendants. Plaintiff's submissions do not identify which attorneys and/or staff conducted the tasks for which plaintiff seeks reimbursement, do not detail the experience and qualifications of those personnel, and do not set forth the number of hours expended by those personnel in connection with each task for which plaintiff seeks reimbursement. See, Declaration of Jeremy Roller, filed July 3, 2008, and Declaration of Scott Wilsdon, filed August 13, 2008. Furthermore, plaintiff has not submitted evidence sufficient to support a finding that the hourly rates charged by the attorneys and paralegals are commensurate with the prevailing market rate

in the community for personnel with comparable experience and skills. *Jordan v. Multnomah County*, 815 F.2d 1258, 1263 (9th Cir. 1987).

**By December 3, 2008,** plaintiff must file with the Court and serve on defendants its supplemental submissions, if any, with respect to the amount of attorneys' fees sought.

**By December 15, 2008,** defendants must file their response, if any, to plaintiff's December 3rd submissions.

**The Court ORDERS plaintiff to promptly serve a copy of this Order on defendants EEE Business Inc., and Ming Ni Shang at their last known addresses.**

IT IS SO ORDERED.

Dated: November 19 , 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiffs with direction to serve defendants,
JSW,  wdb, stats

2