# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | **Case No. 07-CV-01839-JSW** |
| Plaintiff, | |
| vs. | ~~**[PROPOSED]**~~  **ORDER TO CHANGE TIME** |
| EEE BUSINESS INC., a California corporation, dba EBUSINESS.COM and EBZ EBZ; MING NI SHANG; ALICE WANG, aka LIFENG WANG; NANCY LINKER; and JOHN DOES 1-5, | **HON. JEFFREY S. WHITE** |
| Defendants. | |

unopposed administrative request to change time

The ~~MOTION TO CHANGE TIME~~ filed by Alice Wang a/k/a Lifeng Wang is hereby
^
granted, and the Discovery is to be completed by December 17, 2008.

**IT IS SO ORDERED.**

Dated:  November 24, 2008

_Jeffrey S White_
_____
HON. JEFFREY S. WHITE
UNITED STATED DISTRICT JUDGE

~~[Proposed]~~ Order to Change Time
Case No. **07-CV-01839-JSW**