LIFENG WANG
a/k/a ALICE WANG
10325 Finch Ave.
Cupertino, CA 95014
Tel. (510) 207-8888
Email: alicew2008@yahoo.com

*PRO SE*

*Pro Se*

*E-filing*

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EEE BUSINESS INC., a California corporation, dba EBUSINESS.COM and EBZ EBZ; MING NI SHANG; LIFENG WANG aka ALICE WANG; NANCY LINKER; and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | Case No. 07-CV-01839-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR LIFENG WANG** |

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL
Case No. **07-CV-01839-JSW**

1

The current counsels of record on behalf of Defendant Lifeng Wang are Mr. Leon E. Jew of Dahyee Law Group, 24301 Southland Dr., Suite 405, Hayward, CA 94545, and Mr. Andree Taylor of Taylor Solano & Associates, Southland Dr., Suite 406, Hayward, CA 94545.

Defendant Lifeng Wang (aka Alice Wang) and the current counsels named above have reached an agreement wherein Mr. Leon E. Jew and Mr. Andree Taylor will substitute out as counsels of record to be replaced by Lifeng Wang who will appear *pro se* in this action.

Lifeng Wang's contact information is as follows:

LIFENG WANG
a/k/a ALICE WANG
10325 Finch Ave.
Cupertino, CA 95014
Tel. (510) 207-8888
Email: alicew2008@yahoo.com
       aww2009@gmail.com

PLEASE TAKE NOTICE that all documents and pleadings with regard to this action are to be served on Ms. Lifeng Wang (aka Alice Wang) at her address shown above.

ALICE WANG

Dated: January 22, 2009   By: /s/ Alice Wang
                              Alice Wang, an individual.

LEON E. JEW of
DAHYEE LAW GROUP

Dated: January 22, 2009   By: /s/
                              Leon E. Jew, Esq.

ANDREE TAYLOR of
TAYLOR SOLANO & ASSOCIATES

Dated: January 22, 2009   By: /s/
                              Andree Taylor, Esq.

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL
Case No. 07-CV-01839-JSW

2

Case 3:07-cv-01839-JSW   Document 112   Filed 01/22/2009   Page 3 of 3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 23, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORP,

        Plaintiff,

v.

EEE BUSINESS INC. et al,

        Defendant.
_____/

Case Number: CV07-01839 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice Wang
10325 Finch Avenue
Cupertino, CA 95014

Dated: January 23, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk