1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
MICROSOFT CORPORATION,
10
        Plaintiff,                          No. C 07-01839 JSW
11
    v.
12
EEE BUSINESS INC., d/b/a                    **ORDER CONTINUING HEARING**
EBUSZONE.COM and EBZ EBZ; MING NO           **AND BRIEFING SCHEDULE ON**
13  SHANG; LIFENG WANG, a/k/a ALICE          **THIRD MOTION FOR SUMMARY**
WANG; NANCY LINKER; and DOES 1-5,           **JUDGMENT RE DAMAGES**
14
        Defendants.
15  _____/
16
17          The Court has received defendant Lifeng Wang's application for continuance of hearing

18  and briefing schedule on Microsoft's third motion for summary judgment on damages.  This

19  matter was set for a hearing on March 6, 2009 on the motion.  Due to the Court's calendar as

20  well as the possibility that defendant Wang may be able to retain counsel, the Court RESETS

21  the hearing on the motion to April 10, 2009 at 9:00 a.m.  The Court HEREBY ORDERS that an

22  opposition to the motion shall be filed by no later than **March 20, 2009** and a reply brief shall

23  be filed by no later than March 27, 2009.  There shall be no further extensions of time.

24          If the Court determines that the matter is suitable for resolution without oral argument, it

25  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

26  schedule, they may submit for the Court's consideration a stipulation and proposed order
27
28

United States District Court
For the Northern District of California

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 13, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICROSOFT CORP,

        Plaintiff,

  v.

EEE BUSINESS INC. et al,

        Defendant.

_____/

Case Number: CV07-01839 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice Wang
10325 Finch Avenue
Cupertino, CA 95014

Dated: February 13, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk