```
Peter J. Van Zandt – SBN 152321
Brian S. Whittemore – SBN 241631
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352
```

Attorneys for Defendants LIFENG WANG a/k/a ALICE WANG

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> vs. <br><br> EEE BUSINESS INC., a California corporation, dba EBUSINESS.COM and EBZ EBZ; MING NI SHANG; LIFENG WANG aka ALICE WANG; NAMCY LINKER; and JOHN DOES 1-5 <br><br> Defendants. | No. 07-CV-01839-JSW <br><br> [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY <br><br> **Before the Honorable Jeffrey S. White** |

The Court has reviewed the Substitution of Attorneys pleading submitted on behalf of and with the consent of Defendant LIFENG WANG a/k/a ALICE WANG. Defendant ALICE WANG, currently *pro se,* is aware of and has consented to the proposed substitution.

After considering the papers filed in support of this substitution and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

It is ORDERED that Peter Van Zandt, Esq. and Brian S. Whittemore, Esq., of the law firm Bledsoe, Cathcart, Deistel, Pedersen & Treppa, LLP, are substituted as counsel of record for defendant LIFENG WANG a/k/a ALICE WANG.

1
2    IT IS SO ORDERED
3
4
5    Dated: ~~March 20, 2009~~
       March 23, 2009                        By _____
6                                               Honorable Jeffrey S. White
7
8
...
28