IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

    Plaintiff,

v.

EEE BUSINESS INC., d/b/a EBUSZONE.COM and EBZ EBZ; MING NO SHANG; LIFENG WANG, a/k/a ALICE WANG; NANCY LINKER; and DOES 1-5,

    Defendants.

No. C 07-01839 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE JURY DEMAND**

This matter is set for a hearing on October 9, 2009 on Microsoft's motion to strike jury demand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 4, 2009 and a reply brief shall be filed by no later than September 11, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 21, 2009

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE