Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Phone:  310.788.9900
Fax:    310.788.3399
Email:  amori@perkinscoie.com
        kdugdale@perkinscoie.com
        jchiarelli@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Phone: 206.516.3800
Fax:   206.516.3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EEE BUSINESS INC., a California corporation, d/b/a EBUSZONE.COM and EBZ EBZ; MING NI SHANG; LIFENG WANG, a/k/a ALICE WANG; NANCY LINKER; and JOHN DOES 1-5,<br><br>Defendants. | No. 07-CV-01839-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING SUMMARY JUDGMENT AGAINST DEFENDANT LIFENG WANG (RE: DAMAGES, ATTORNEYS' FEES AND COSTS)** |

This matter comes before the Court on the motion of plaintiff Microsoft Corporation ("Microsoft") for summary judgment awarding damages and attorneys' fees and costs

[~~PROPOSED~~] ORDER GRANTING SUM. JUD.
AGAINST DEF. WANG (RE: DAMAGES & FEES)
NO. 07-CV-01839-JSW – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

1  against defendant Lifeng Wang, also known as Alice Wang.  Having carefully considered

2  the papers submitted and the relevant legal authority, the Court hereby GRANTS
   and liability has already been established by prior orders of the Court and
3  Microsoft's motion as follows:  after twice re-opening discovery to permit Defendant Alice Wang to meet
   her burden
4      (1)    Plaintiff Microsoft has submitted evidence showing that defendant Lifeng

5  Wang, also known as Alice Wang, earned not less than $1,400,199.08 from her infringing

6  distribution of Microsoft products, as evidenced by funds deposited in a PayPal account

7  between September 2006 and April 2007.  Pursuant to Federal Rule of Civil Procedure 56,

8  Local Civil Rule 56, and 17 U.S.C. § 504(b), 17 U.S.C. § 1203(c)(2), and 18 U.S.C. §

9  2318(f)(3)(A), and consistent with the Court's Order entering default judgment against co-

10 defendants EEE Business Inc. and Ming Ni Shang (Dkt. #108), the Court AWARDS

11 judgment in the amount of $1,400,199.08 against defendant Lifeng Wang.  The award of

12 damages is joint and several with the judgment entered against co-defendants EEE Business

13 Inc. and Ming Ni Shang.

14     (2)    Pursuant to Federal Rule of Civil Procedure 54 and 17 U.S.C. § 505, 17

15 U.S.C. § 1203(b) and 18 U.S.C. § 2318(f)(2)(C)(i), the Court AWARDS $253,537.30 in

16 reasonable attorneys' fees and $5,929.87 in costs against defendant Lifeng Wang.

17     (3)    The permanent injunction (Dkt. #64) entered by the Court against defendant

18 Lifeng Wang shall remain in full force and effect.

19     (4)    This judgment shall accrue interest, compounded annually, pursuant to 28
       (5)  The motion to strike untimely jury demand is RENDERED MOOT by
20 U.S.C. § 1961.  this ruling.

21     (6)  Judgment has been entered.  Damages are hereby assessed and the case
           is terminated.  The Clerk shall close the file.

22 **IT IS SO ORDERED.**

23 DATED this ___29th___ day of ___September___, 2009.

24

25 _____
   The Honorable Jeffrey S. White
26 United States District Judge

[PROPOSED] ORDER GRANTING SUM. JUD.
AGAINST DEF. WANG (RE: DAMAGES & FEES)
NO. 07-CV-01839-JSW – Page 2

**YARMUTH WILSDON CALFO PLLC**

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888